UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION


DEADRA POWELL, Individually and for
Others Similarly Situated
_____
Plaintiff

Case No.   3:23-cv-00391-DCJ-KDM

VS.
LASALLE CORRECTIONS LLC.
_____
Defendant

Judge   David C. Joseph
Magistrate Judge   Kayla D. McClusky


**ORDER**


IT IS ORDERED that _Andrew W. Dunlap_ be and is hereby admitted to the bar of this

Court pro hac vice on behalf of _ Deadra Powell _ in the above described action.

SO ORDERED on this, the 20th day of April, 2023.


_____
U.S. Magistrate Judge