UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

DEADRA POWELL, Individually and for
Others Similarly Situated

Plaintiff

Case No.   3:23-cv-00391-DCJ-KDM

VS.

LASALLE CORRECTIONS LLC.

Defendant

Judge   David C. Joseph
Magistrate Judge   Kayla D. McClusky

**ORDER**

IT IS ORDERED that  Michael A. Josephson  be and is hereby admitted to the bar of this

Court pro hac vice on behalf of  Deadra Powell   in the above described action.

SO ORDERED on this, the 20th day of April, 2023.

_____
U.S. Magistrate Judge