## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

DEADRA POWELL, Individually and for
Others Similarly Situated

v.

LASALLE CORRECTIONS, LLC

Case No. 3:23-cv-00391-DCJ-KDM

Judge: David C. Joseph
Magistrate Judge: Kayla D. McClusky

## ORDER

I IS ORDERED that Richard M. Schreiber be and is hereby admitted to the bar of this Court pro

hac vice on behalf of Deadra Powell in the above described action.

SO ORDERED on this, the 1st day of May, 2023.

_____
U.S. Magistrate Judge

- 4 -