UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| DEADRA POWELL, Individually and on behalf of all others similarly situated | Case No.   2:23−CV−00391−DCJ−KDM |
| Plaintiff | |
| VS. | Judge   David C. Joseph |
| LASALLE CORRECTIONS, LLC | Magistrate Judge   Kayla D. McClusky |
| Defendant | |

**ORDER**

IT IS ORDERED that Austin W. Anderson be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff, Deadra Powell, Individually and on behalf of all others similarly situated in the above-described action.

SO ORDERED on this, the 8th   day of   August   , 2023.

_____
U.S. Magistrate Judge