UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| DEADRA POWELL, Individually and on behalf of all others similarly situated <br> Plaintiff | Case No.   2:23-cv-00391-DCJ-KDM |
| VS. | Judge   David C. Joseph |
| LASALLE CORRECTIONS, LLC <br> Defendant | Magistrate Judge   Kayla D. McClusky |

**ORDER**

IT IS ORDERED that William Clifton Alexander be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff, Deadra Powell, Individually and on behalf of all others similarly situated in the above-described action.

SO ORDERED on this, the 8th day of  August , 2023.

_____
U.S. Magistrate Judge