# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **DEADRA POWELL** | **CASE NO. 3:23-CV-00391** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LASALLE CORRECTIONS LLC** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 16] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [Doc. 10] is DENIED.

THUS, DONE AND SIGNED in Chambers this 15th day of August 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**DEADRA POWELL**                                     **CASE NO. 3:23-CV-00391**

**VERSUS**                                                       **JUDGE DAVID C. JOSEPH**

**LASALLE CORRECTIONS L.L.C.**           **MAG. JUDGE KAYLA D. MCCLUSKY**

**J U D G M E N T**

 The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

 **IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's motion to dismiss [doc. #10] is **DENIED**.

THUS DONE in Chambers on this _____ day of _____, 2023.

                          David C. Joseph
                        United States District Judge