**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**DEADRA POWELL**                                         **CASE NO.  3:23-CV-00391**

**VERSUS**                                                **JUDGE DAVID C. JOSEPH**

**LASALLE CORRECTIONS L L C**                             **MAG. JUDGE KAYLA D. MCCLUSKY**

**O R D E R**

1.  Scheduling Conference.  A Fed.R.Civ.P. 16(b) scheduling conference will be held via telephone on 10/3/2023 at 10:30 a.m. before the undersigned Magistrate Judge.  The Court will provide call-in information to all parties prior to the conference.

2.  Rule 26 Meeting.  By 9/19/2023 trial attorneys for each party shall meet, in person or by telephone, to develop a case management report and discuss the issues listed in Fed.R.Civ.P. 26(f).  A party may not seek discovery before the Rule 26(f) meeting unless there is an agreement of the parties or order of the court permitting the discovery.  Fed.R.Civ.P. 26(d).

3.  Case Management Report & Initial Disclosures.  By 9/26/2023 the parties must (1) *file* Rule 26(f) report in the format available on Judge Joseph's forms page at  www.lawd.uscourts.gov and (2) exchange the initial disclosures required by Fed.R.Civ.P. 26(a)(1).

4.  Responsibility of Trial Attorney.  The trial attorney for each party shall attend the Rule 16(b) scheduling conference.  Any attorney that has a preexisting conflict with the conference setting shall promptly arrange a mutually agreeable alternative date with all other counsel and the court.

THUS DONE in Chambers on this 31st day of August, 2023.

_____
Kayla D. McClusky
United States Magistrate Judge