**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **DEADRA POWELL, Individually and for Others Similarly Situated** | * CIVIL ACTION NO. 3:23-cv-00391 |
| | * |
| | * |
| **Plaintiff,** | * |
| | * JUDGE DAVID C. JOSEPH |
| **VERSUS** | * |
| | * |
| **LASALLE CORRECTIONS, LLC,** | * MAGISTRATE JUDGE KAYLA D. |
| | * MCCLUSKY |
| **Defendants.** | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \***

## DISCOVERY ORDER

To determine whether collective action is appropriate, preliminary discovery must be conducted, consistent with the Fifth Circuit's decision in *Swales v. KLLM Transport Services, L.L.C.*, 985 F.3d 430 (5th Cir. 2021). In consideration of the parties' agreement, the Court orders preliminary discovery as described below.

**A.    Schedule and Procedures**

Discovery will be conducted in accordance with the following schedule and procedures:

1.    All below discovery is limited to concerns regarding certification of the collective and will be bound by the limitations set forth by the Court below in section B of this Order regarding the scope of discovery.

2.    No party may exchange Requests for Admissions at this phase. The parties are limited to 10 Interrogatories and 15 Requests for Production of Documents during the preliminary phase. The Interrogatories issued in the preliminary phase shall not count toward the limit

of 25 Interrogatories set forth in the Federal Rules, which will be relevant to the merits phase of discovery.

3.    The parties shall exchange preliminary discovery requests within 14 days from the issuance of this Order, and the parties shall have 21 days to serve responses to the discovery request after service of same. So long as the parties are endeavoring to timely respond, extensions of time shall be freely given between the parties, particularly with regards to voluminous discovery.

4.    Each party may take one deposition within 60 days of this Order. Any individual who is deposed pursuant to this plan may later be re-noticed for deposition concerning the merits issues of the matter.

**B.    Scope**

The scope of preliminary discovery will be limited as follows regarding the Putative Class:

1.    Job duties

2.    Employee  classifications

3.    Facilities

4.    Pay structure

5.    Work schedules

6.    Work policies and procedures

7.    Management structure

8.    Hiring structure

9.    Work contracts

10.   Pay stubs

11.      Timesheets

12.      Punch cards of punch clocking information

11.      Ownership and management of entities.

Accordingly,

IT IS ORDERED that the deadline to complete all pre-notice discovery, as set forth in this order, shall be January 11, 2024.

IT IS FURTHER ORDERED that a motion for collective action certification, if any, must be filed by Plaintiffs by January 25, 2024. Following a ruling on Plaintiff's motion for certification, the Court will schedule a status conference to enter a revised scheduling order to govern the remaining deadlines in this case.

THUS DONE in Chambers on this 18th day of October, 2023.

_____

UNITED STATES MAGISTRATE JUDGE