UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DEADRA POWELL, Individually and for Others Similarly Situated** | * **CIVIL ACTION NO. 3:23-cv-00391** |
| | * |
| | * |
| **Plaintiff,** | * |
| | * **JUDGE DAVID C. JOSEPH** |
| **VERSUS** | * |
| | * |
| **LASALLE CORRECTIONS, LLC,** | * **MAGISTRATE JUDGE KAYLA D.** |
| | * **MCCLUSKY** |
| **Defendants.** | * |

## ORDER

Having considered Defendant LaSalle Corrections, LLC's, Unopposed Motion to Continue Preliminary Discovery Deadlines, this Court hereby GRANTS the Motion.

IT IS ORDERED that the deadlines set for in this Court's Discovery Order (R. Doc. 28) are hereby reset as follows:

- March 13, 2024 – Deadline for Completion of Pre-Notice Discovery
- Mach 27, 2024 – Deadline to Move for Class Certification

DATED this 12th day of January, 2024.

_____
**MAGISTRATE JUDGE
KAYLA D. MCCLUSKY**