**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **DEADRA POWELL** | **CASE NO.  3:23-CV-00391** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LASALLE CORRECTIONS L.L.C.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

<u>**MEMORANDUM ORDER**</u>

On March 27, 2023, Plaintiff Deadra Powell ("Plaintiff") filed the instant collection action to recover unpaid overtime and other damages from Defendant LaSalle Corrections, LLC ("Defendant") under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq*.  [doc. #1]. Plaintiff worked for Defendant as a Licensed Nurse Practitioner at Richwood Correctional Center ("RCC") from approximately March 2016, until January 2021.  *Id.* at 2.  Plaintiff alleges that throughout her employment, Defendant failed to pay her and the putative class members for all the hours they worked.  *Id.* at 1.  Specifically, Plaintiff alleges that Defendant automatically deducted 30 minutes a day from employees' work time for meal breaks but failed to provide them with actual breaks.  *Id.*  Plaintiff also alleges that Defendant required Plaintiff to attend daily briefings before her shifts but did not pay her for attending.  *Id.* at 2.

Defendant previously filed a motion to dismiss. However, on August 15, 2023, Judge David C. Joseph adopted my report and recommendation and denied that motion.  [doc. #21].

On August 28, 2023, Defendant filed an Answer.  Thereafter, I conducted a scheduling conference.

After the scheduling conference, I issued minutes, explaining that counsel had been emailed a copy of an FLSA discovery order in another case, consistent with the *Swales* decision.

No later than October 17, 2023, the parties were ordered to file "a joint proposed order to govern preliminary discovery using the order provided as a template. If the parties cannot reach agreement, by that same date, they should file their separate proposed orders. The undersigned will then enter an order." [doc. #26].

Thereafter, on October 19, 2023, after review of their submission, the undersigned issued a discovery order [doc. #28].

On January 11, 2024, on the request of the parties, the undersigned granted an extension, setting March 13, 2024, as the deadline for completion of pre-notice discovery, and March 27, 2024, as the deadline for moving for class certification [doc. #30].

Those deadlines have come and gone almost two months ago, and Plaintiff has not filed a motion for class certification. Nor has any party provided an update to my chambers. Accordingly,

**IT IS ORDERED that no later than May 30, 2004, the parties file a joint status report, detailing the status of discovery and whether Plaintiff still intends to move for class certification. FAILURE TO COMPLY WITH THIS ORDER COULD RESULT IN THE RECOMMENDATION THAT PLAINTIFF'S CASE BE DISMISSED FOR FAILURE TO PROSECUTE AND COMPLY WITH THE ORDERS OF COURT.**

In Chambers, at Monroe, Louisiana, on this 20th day of May, 2024.

_____
KAYLA DYE MCCLUSKY
UNITED STATES MAGISTRATE JUDGE

2