UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DEADRA POWELL, Individually and for Others Similarly Situated** | * CIVIL ACTION NO. 3:23-cv-00391 |
| | * |
| | * |
| **Plaintiff,** | * |
| | * JUDGE DAVID C. JOSEPH |
| **VERSUS** | * |
| | * |
| **LASALLE CORRECTIONS, LLC,** | * MAGISTRATE JUDGE KAYLA D. |
| | * MCCLUSKY |
| **Defendants.** | * |

---

## ORDER

---

**UPON CONSIDERATION** of Plaintiff Deadra Powell, individually and on behalf of others similarly situated, and Defendant LaSalle Corrections, LLC's , "Defendant") *Ex Parte Joint Motion And Incorporated Memorandum To Seal Record Of Settlement*, it is ORDERED that the Motion is GRANTED.

    **SO ORDERED**, this ___ day of _____, 2024

                                        _____
                                        **DAVID C. JOSEPH, JUDGE**
                                        **UNITED STATES DISTRICT COURT**