**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **DEADRA POWELL, Individually and for Others Similarly Situated** | * CIVIL ACTION NO. 3:23-cv-00391 |
| | * |
| | * |
| **Plaintiff,** | * |
| | * JUDGE DAVID C. JOSEPH |
| **VERSUS** | * |
| | * |
| **LASALLE CORRECTIONS, LLC,** | * MAGISTRATE JUDGE KAYLA D. |
| | * MCCLUSKY |
| **Defendants.** | * |

_____

**ORDER**

_____

**UPON CONSIDERATION** of Plaintiff Deadra Powell, individually and on behalf of others similarly situated, and Defendant LaSalle Corrections, LLC's , "Defendant") *Joint Motion for Approval of Settlement*, it is ORDERED that the Motion is GRANTED.

**THUS DONE AND SIGNED** in Chambers on this 4th day of September, 2024

_____
**DAVID C. JOSEPH**
**UNITED STATES DISTRICT JUDGE**